HODGSON AND THOMPSON *v.* BOWERBANK AND OTHERS.

---

ERROR to the circuit court for the district of Maryland. The defendants below were described in the record as " *late of the district of Maryland, merchants,*" but were not stated to be *citizens* of the state of Maryland. The plaintiffs were described as " *aliens* and subjects of the king of the united kingdom of Great Britain and Ireland."

*Martin* contended, that the courts of the United

*Although the plaintiff be described in the proceedings as an alien, yet the defendant must be expressly stated to be a citizen of some one of the United States. Otherwise the courts*

HODGSON
v.
BOWERBANK.

of the United
States have not
jurisdiction in
the case.

States had not jurisdiction, it not being stated that the defendants were citizens of any state.

*C. Lee*, contra. The judiciary act gives jurisdiction to the circuit courts in all suits in which *an alien is a party*. *Laws U. S.* vol. 1. *p.* 55. § 11.

MARSHALL, Ch. J. Turn to the article of the constitution of the United States, for the statute cannot extend the jurisdiction beyond the limits of the constitution.

(The words of the constitution were found to be " *between* a state, or the citizens thereof, and foreign states, citizens, or subjects.")

The court said the objection was fatal.

The record was afterwards amended by consent.